**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| HAMILTON COMPANY, | ) | 3:14-cv-00249-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| ESTATE OF REIKO HERVIN, KURT HERVIN, HIROKI HERVIN, and PORTER SCOTT, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Pursuant to the plaintiff's notice of settlement and voluntary dismissal (#4), this action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: This 23rd day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE